FILED
SEP 1 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PETER H. BUNNELL
1400 12th ST, N #34
ARLINGTON, VA 22209
(703) 528-1537

CASE NUMBER   1:06CV01578

JUDGE: Henry H. Kennedy

V

DECK TYPE: Personal Injury/Malpractice

MAYOR ANTHONY A. WILLIAMS
1350 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20004

DATE STAMP: 09/11/2006

ATTORNEY GENERAL ROBERT SPAGNOLETTI
1350 PENNSYLVANIA AVENUE NW, SUITE 409
WASHINGTON, DC 20004

US PARK POLICE OFFICER WALTER DURAN, BADGE # 0060
CENTRAL STATION (DISTRICT ONE)
960 OHIO DRIVE, SW
WASHINGTON, DC 20020

ACTING US PARK POLICE CHIEF DWIGHT E. PETTIFORD
1100 OHIO DRIVE, SW
WASHINGTON, D. C. 20242

US ATTORNEY GENERAL ALBERTO R. GONZALES
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530

US ATTORNEY FOR THE DISTRICT OF COLUMBIA KENNETH L. WAINSTEIN
555 4 ST, NW
WASHINGTON, DC 20001

## COMPLAINT

During a traffic stop on 10 September, 2004, Officer Duran refused to recognize my valid Virginia Driver's Licence which was presented. Instead, he stole my Social Security Number at gunpoint. Under this identification, DC DMV records claim that I am a resident and do not hold a valid motor vehicle operator's permit. I was abused,

interogated, mistreated and spent one night in custody because of their gross malfeasance.

I request relief in the following manner:
1) That US Park Police officers are re-trained not to steal Social Security Numbers.
2) That DC DMV records are made accurate.
3) That appropriate compensation and punitive damage awards be paid by the Defendants for their transgressions.

I ask for a trial by jury.

I am requesting the amount of $25,000.00.

*Peter H. Bunnell*

PETER H. BUNNELL
1400 12th ST, N #34
ARLINGTON, VA 22209
(703) 528 1537