UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER H. BUNNELL,               ) | |
|                                 ) | |
|     Pro se Plaintiff,           ) | |
|                                 ) | |
|     v.                          ) | Case No. 06CV1578 (HHK) |
|                                 ) | |
| MAYOR ANTHONY A. WILLIAMS       ) | |
| et al.                          ) | |
|                                 ) | |
|                                 ) | |
|     Defendants.                 ) | |

**ORDER**

UPON CONSIDERATION of the Federal Defendants' motion to dismiss, the grounds stated therefor, any opposition thereto, and the entire record herein, it is on this ___ day of _____, hereby:

ORDERED that the Federal Defendants' motion should be and hereby is GRANTED; and it is

FURTHER ORDERED that the Complaint shall be dismissed with prejudice.

_____
UNITED STATES DISTRICT COURT

cc:

Karen L. Melnik
Assistant U.S. Attorney
United States Attorney's Office
Judiciary Building, Rm. E 4112
555 Fourth Street, N.W.
Washington, D.C. 20530

Mr. Peter H. Bunnell
1400 12th Street, N #34
Arlington, VA 22209