UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER H. BUNNELL )<br> )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>MAYOR ANTHONY A. WILLIAMS )<br>et al., )<br> )<br>    Defendants. ) | Civil No.: 06-1578 (HHK) |

## CERTIFICATION

    I, Rudolph Contreras, Chief of the Civil Division, Office of the United States Attorney for the District of Columbia, acting pursuant to the provisions of 28 U.S.C. § 2679(d), and by virtue of the authority delegated to the United States Attorney by 68 Fed. Reg. 74187, 74189 (Dec. 23, 2003) (updating Attorney General's delegation of authority, effective Jan. 22, 2004) (to be codified at 28 C.F.R. § 15.4), and first redelegated to me on March 20, 2006, hereby certify that I have read the complaint in Peter H. Bunnell v. Mayor Anthony A. Williams, et. al., No. 06CV01578 (HHK), and that on the basis of the information now available to me with respect to the incidents alleged therein, I find that Defendants Walter Duran and Chief Dwight E. Pettiford were acting within the scope of their employment as employees of the United States at the time of the alleged incident.

                                                          /s/
                                       RUDOLPH CONTRERAS, D.C.  Bar #434122
                                       Assistant United States Attorney
                                       Chief, Civil Division