IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER H. BUNNELL ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No.: 06-01578 (HHK) |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA ) | |
| et.al., ) | |
| Defendants. ) | |

### DECLARATION OF PERRI S. ROTHEMICH

I, Perri S. Rothemich, make this declaration in lieu of an affidavit pursuant to 28 U.S.C. §1746. I am aware that this declaration may be filed in the United States District Court for the District of Columbia, and that it is the legal equivalent of a statement under oath.

1. I am an Attorney-Advisor with the Division of General Law, Office of the Solicitor, United States Department of the Interior, 1849 C. Street N.W., Washington, D.C. 20242. I have been so employed since September 2003.

2. As part of my duties, I handle all administrative claims presented against the Department of the Interior and its Bureaus under the Federal Tort Claims Act, 28 U.S.C. §2671 et. seq.

3. For claims filed against the United States Park Police, I work in connection with a Claims Specialist for that Bureau. The Claims Specialist performs an initial investigation of each claim, and presents my office with a written report of his findings. Based in part on that report, I determine whether or not the claim is compensable under the Federal Tort Claims Act, and proceed either with payment or denial of the claim.

4. As of March 7, 2007 neither the United States Park Police nor the Office of the Solicitor received an administrative claim pursuant to the Federal Tort Claims Act from Mr. Peter Bunnell for injuries allegedly sustained on September 10, 2004.

5. In addition, to the best of my knowledge, the complaint filed by plaintiff in this matter was mailed via certified mail to both U.S. Park Police Chief Dwight E. Pettiford and Officer Walter Duran at U.S. Park Police Headquarters, Washington, D.C., not their personal residences.

6. The certified mail receipts were signed by Peter Gentile, an individual who works for the U.S. Park Police and the National Park Service as a claims specialist/investigator. Mr. Gentile is not authorized to accept service of process for Chief Pettiford or Officer Duran in their individual capacities.

I declare under the penalty of perjury that the foregoing is true and correct based upon my knowledge, information, and belief, and based upon information provided by employees of the United States Department of the Interior and records maintained by that agency.

Executed on March 7, 2007

Perri S. Rothemich
Attorney-Advisor
Division of General Law
U.S. Department of the Interior
1849 C Street N.W., MS 7308
Washington, DC 20242