UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER H. BUNNELL,<br><br>               Plaintiff,<br><br>    v.<br><br>MAYOR ANTHONY A. WILLIAMS, et al.,<br><br>               Defendants. | Civil Action 06-01578 (HHK) |

**ORDER DIRECTING PLAINTIFF TO RESPOND
TO DEFENDANTS' MOTION TO DISMISS**

This matter comes before the court upon defendants' motion to dismiss, filed March 12, 2007 (#2). In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the D.C. Circuit held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id.* at 509. Plaintiff is also referred to Local Rule 7(b) which provides that a party has eleven days within which to respond to a motion. Otherwise, under certain circumstances, the court may treat the motion as conceded.

Accordingly, it is by the court this 13th day of March, 2007, hereby

**ORDERED** that plaintiff file an opposition to defendant's motion on or before April 6, 2007. If plaintiff fails to file a response or opposition to defendant's motion by this deadline, the court may dismiss the case.

                                                                     Henry H. Kennedy, Jr.
                                                                     United States District Judge