UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


PETER H. BUNNELL

CASE NUMBER 06-1578 HHK

VS

MAYOR ANTHONY A. WILLIAMS
ET AL


AFFIDAVIT OF SERVICE


I, PETER H. BUNNELL; MAILED THE SUMMONS AND COMPLAINT REGISTERED MAIL TO ACTING US PARK POLICE CHIEF DWIGHT E. PETTIFORD ON DECEMBER 30, 2006.

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
USPP Chief D. Pettiford
1100 Ohio Dr. SW
Washington, DC
20242

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]   ☒ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
A. Gerd?   1-16-2007

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7006 0810 0002 9634 7553

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

[signature] Peter H. Bunnell
PETER H. BUNNELL
1400 12th St, N #34
ARLINGTON, VA 22209
(703) 528-1537

**RECEIVED**

MAR 13 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PETER H. BUNNELL

CASE NUMBER 06-1578 HHK

VS

MAYOR ANTHONY A. WILLIAMS
ET AL

AFFIDAVIT OF SERVICE

I, PETER H. BUNNELL; MAILED THE SUMMONS AND COMPLAINT REGISTERED MAIL TO ATTORNEY GENERAL ROBERT SPAGNOLETTI ON DECEMBER 30, 2006.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☑ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery 1-8-07 |
| 1. Article Addressed to: DC<br>Atty. Gen. R. Spagnoletti<br>1350 PA Av, NW #409<br>Washington, DC<br>20004 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☑ No |
| | 3. Service Type<br>☑ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) 7006 0810 0003 9434 7529 | |
| PS Form 3811, February 2004   Domestic Return | 1540 |

PETER H. BUNNELL
1400 12th St, N #34
ARLINGTON, VA 22209
(703) 528-1537

RECEIVED

MAR 13 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PETER H. BUNNELL

CASE NUMBER 06-1578 HHK

VS

MAYOR ANTHONY A. WILLIAMS
ET AL

AFFIDAVIT OF SERVICE

I, PETER H. BUNNELL; MAILED THE SUMMONS AND COMPLAINT REGISTERED
MAIL TO MAYOR ANTHONY A. WILLIAMS ON DECEMBER 00, 2006

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature [signed]  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery 1-5-07 |
| 1. Article Addressed to:<br><br>Mayor A. Williams<br>1350 PA Av, NW<br>Washington, DC<br>20004 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☒ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) 7006 0810 0002 9634 7522 | |
| PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540 | |

Peter H. Bunnell
PETER H. BUNNELL
1400 12th St, N #34
ARLINGTON, VA 22209
(703) 528-1537

**RECEIVED**

MAR 1 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PETER H. BUNNELL

CASE NUMBER 06-1578 HHK

VS

MAYOR ANTHONY A. WILLIAMS
ET AL

AFFIDAVIT OF SERVICE

I, PETER H. BUNNELL; MAILED THE SUMMONS AND COMPLAINT REGISTERED MAIL TO US ATTORNEY FOR THE DISTRICT OF COLUMBIA KENNETH L. WAINSTEIN ON DECEMBER 30, 2006.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery  JAN 1 0 200_ |
| 1. Article Addressed to:<br>US Atty DC K. Wainstein<br>555 4 St, NW<br>Washington, DC<br>20001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 0810 0002 9634 7577 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

_[signature]_ Peter H. Bunnell
PETER H. BUNNELL
1400 12th St, N #34
ARLINGTON, VA 22209
(703) 528-1537

RECEIVED
MAR 1 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PETER H. BUNNELL

CASE NUMBER 06-1578 HHK

VS

MAYOR ANTHONY A. WILLIAMS
ET AL

AFFIDAVIT OF SERVICE

I, PETER H. BUNNELL; MAILED THE SUMMONS AND COMPLAINT REGISTERED MAIL TO US ATTORNEY GENERAL ALBERTO R. GONZALES ON DECEMBER 30,

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X                    □ Agent  □ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>US ATTy. Gen A. Gonzales<br>950 PA Av, NW<br>Washington DC<br>20530 | D. Is delivery address different from item 1? □ Yes<br>If YES, enter delivery address below: □ No<br><br>3. Service Type<br>☒ Certified Mail  □ Express Mail<br>□ Registered     □ Return Receipt for Merchandise<br>□ Insured Mail   □ C.O.D.<br>4. Restricted Delivery? (Extra Fee) □ Yes |
| 2. Article Number (Transfer from service label) 7006 0810 | |
| PS Form 3811, February 2004   Domestic Re | |

PETER H. BUNNELL
1400 12th St, N #34
ARLINGTON, VA 22209
(703) 528-1537

RECEIVED

MAR 1 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT