UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PETER H. BUNNELL

CASE NUMBER 06-1578 HHK

VS

MAYOR ANTHONY A. WILLIAMS
ET AL

AFFIDAVIT OF **NO RETURN** OF SERVICE

I, PETER H. BUNNELL; MAILED THE SUMMONS AND COMPLAINT REGISTERED MAIL TO US PARK POLICE OFFICER WALTER DURAN ON DECEMBER 30, 2006.
AS OF MARCH 13, 2007, THE GREEN CARD HAS NOT BEEN RETURNED.

*Peter H. Bunnell*

PETER H. BUNNELL
1400 12th St, N #34
ARLINGTON, VA 22209
(703) 528-1537

**RECEIVED**
MAR 1 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT