UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER H. BUNNELL,<br><br>            Plaintiff,<br><br>   v.<br><br>MAYOR ANTHONY A. WILLIAMS, et al.,<br><br>            Defendants. | Civil Action 06-01578  (HHK) |

ORDER DIRECTING PLAINTIFF TO RESPOND
TO DEFENDANT'S MOTION TO DISMISS

Before the court is defendant District of Columbia's motion to dismiss, filed April 3, 2007 [#6]. In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the D.C. Circuit held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id.* at 509. Plaintiff is also referred to Local Rule 7(b) which provides that a party has eleven days within which to respond to a motion. Otherwise, under certain circumstances, the court may treat the motion as conceded.

Accordingly, it is by the court this 4th day of April, 2007, hereby

**ORDERED** that plaintiff file an opposition to defendant's motion on or before May 4, 2007. If plaintiff fails to file a response or opposition to defendant's motion by this deadline, the court may dismiss his claims against defendant.

                                                                Henry H. Kennedy, Jr.
                                                                United States District Judge