UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



APR 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PETER H. BUNNELL

CASE NUMBER 06-01578  HHK

VS

MAYOR ANTHONY A. WILLIAMS
ET AL

PRO SE PLAINTIFF'S RESPONSE IN OPPOSITION TO DIPOSITIVE MOTION

1)   Karen L. Melnik, Assistant United States Attorney, U. S. Attorney's Office (For The District Of Columbia) Civil Division, 555 4th St, NW (Rm E?-4112) Washington, DC 20530 FAILED to sufficiently provide service of process.
   In ENTRY OF APPEARANCE and on the envelope mailed to plaintiff (see photocopy) Assistant U. S. Attorney Melnik lists plaintiff's address as: "1400 12th Street, #34" The correct address is " 1400 12th Street, North, #34" (or a recognized abreviation thereof) as Arlington County is divided into North and South areas. By convention, the designation precedes a named street and follows a numbered street. This inaccuracy could have delayed service or could cause future communications to be lost. (The zip code of the return address on the mailing envelope is "20001") Plaintiff does not understand why on ENTRY OF APPEARANCE Civil Action No. 06-1558 (RCL) is named.
2)   Plaintiff regrets not inumerating the Constitutional Rights that were trampled. They were believed obvious and were to be backed with evidence in court.
3)   Plaintiff asserts conditions for a Bivens Action were met, if Amendments IV and V to The Constitution are taken into account.  Plaintiff believes there exists an expressed or implied agreement among the defendants to deprive someone of constitutional rights. The Certification by Rudolph Contreras implies that demanding a Social Security Number, while ignoring the *prima facie* driver's licence of a motor vehicle operator during a traffic is within the scope of their employment.  The U. S. Park Police have done this on another occasion to the Plaintiff and have threatened the Plaintiff with arrest. Intimidation and perscution cannot be policy.
4)   Plaintiff first filed in D. C. Superior Court, but was directed here. Plaintiff requests assistance and time to refile an administrative tort claim pursuant to the Federal Claims Tort Act, if nessasary.
5)   Officer Duran is apparently no longer with the Washington, DC office of the U. S. Park Police. No return receipt green card has been returned. An inquiry via telephone resulted in an unofficial report that he has relocated to Texas.
6)   If compensation cannot be granted, relief in the form of:
   1) That US Park Police officers are re-trained not to steal Social Security Numbers.

2) That DC DMV records are made accurate.
as stated in the original complaint be ordered.

*[signature: Peter H. Bunnell]*
PETER H. BUNNELL
1400 12th St, N #34
ARLINGTON, VA 22209
(703) 528-1537



U.S. Department of Justice
U.S. Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20001

Official Business
Penalty for Private Use $300

Peter Bunnell
1400 12th Street, #34
Arlington, Virginia 22209

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


PETER H. BUNNELL

CASE NUMBER 06-01578 HHK

VS

MAYOR ANTHONY A. WILLIAMS
ET AL


AFFIDAVIT OF SERVICE


I, PETER H. BUNNELL; MAILED A COPY OF RESPONSE IN OPPOSITION TO KAREN L. MELNIK, ASSISTANT UNITED STATES ATTORNEY, U. S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA, CIVIL DIVISION, 555 4th ST, NW #4112 WASHINGTON, DC 20530 ON APRIL 6, 2007.


*Peter H. Bunnell* (signature)
PETER H. BUNNELL
1400 12th St, N #34
ARLINGTON, VA 22209
(703) 528-1537