UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER H. BUNNELL,<br><br>    Plaintiff,<br><br>  v.<br><br>MAYOR ANTHONY A. WILLIAMS, <u>et</u> <u>al.</u><br><br>    Defendants. | Civil Action 06-01578  (HHK) |

**JUDGMENT**

For the reasons articulated by the court in its memorandum opinion docketed this same day, it is this 21st day of June, 2007, hereby

**ORDERED** that plaintiff's complaint is **DISMISSED**.

                Henry H. Kennedy, Jr.
                United States District Judge